F I L E D
CLERK, U.S. DISTRICT COURT

4/22/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>VICTOR BELONOGOFF,<br>  aka "Vic Morris,"<br>  aka "Thomas Randall,"<br>  aka "James Thompson,"<br><br>        Defendant. | CR  2:22-cr-00162-RGK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1349: Conspiracy to<br>Commit Wire Fraud; 18 U.S.C.<br>§ 1343: Wire Fraud; 18 U.S.C.<br>§ 981(a)(1)(C) and 28 U.S.C.<br>§ 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   Render Media Inc., formerly known as Deep Dive Media LLC ("Deep Dive") and later Opposing Views Inc. ("Opposing Views") (collectively "Render"), was a digital media company based in Los Angeles, California, that published digital media content on its websites, and that earned revenue from companies that paid to

1  advertise on Render's websites, including OpposingViews.com and

2  CookingPanda.com.

3      2.   Defendant VICTOR BELONOGOFF, also known as ("aka") "Vic

4  Morris," aka "Thomas Randall," aka "James Thompson," was a resident

5  of Los Angeles County, California.

6      3.   Defendant BELONOGOFF was the Chief Executive Officer

7  ("CEO"), Chief Financial Officer, Secretary, and a member of the

8  Board of Directors of Render, which he cofounded with Render's

9  Chairman, E.E.

10     4.   Coconspirator Aryeh Kluger was a Render vice president who

11 worked remotely from his home in Texas.

12     5.   Render maintained bank accounts at Bank of America ("BOA")

13 and Silicon Valley Bank ("SVB").

14 B.   THE OBJECT OF THE CONSPIRACY

15     6.   Beginning no later than August 2010, and continuing until

16 in or about December 2018, in Los Angeles County, within the Central

17 District of California, and elsewhere, defendant BELONOGOFF conspired

18 with Kluger and others known and unknown to the Grand Jury, to commit

19 wire fraud, specifically, to engage in a scheme to defraud and obtain

20 money and property from Render and its investors using interstate

21 wires, in violation of Title 18, United States Code, Section 1343.

22 C.   MANNER AND MEANS OF THE CONSPIRACY

23     7.   The object of the conspiracy was carried out, and was to be

24 carried out, in substance, as follows:

25          a.   Defendant BELONOGOFF and others working in concert

26 with defendant BELONOGOFF formed digital media and advertising

27 companies from which defendant BELONOGOFF financially benefited,

28 including Orchid Media LLC ("Orchid"); Serene Media LLC ("Serene

2

Media"); Cmon Media LLC ("Cmon Media"); B3 Media LP, also known as "B3 Media LLC" ("B3 Media"); Looking Glass Media Group LLC, also known as "LG Media LLC" ("Looking Glass Media"); and Action Publishing Group LLC ("Action Publishing") (collectively "the fraudulent digital media companies").

b.   Through the fraudulent digital media companies, defendant BELONOGOFF operated websites, including the following:

| DIGITAL MEDIA COMPANY | WEBSITE |
|---|---|
| Orchid | BusinessInward.com |
| Serene Media | SocialXtreme.com (also known as "SX") |
| Cmon Media | Newsiosity.com |
| B3 Media | AllThatsNews.com |
| B3 Media | AllThatsFab.com |

c.   To conceal his financial interests in the fraudulent digital media companies, defendant BELONOGOFF formed and operated those companies using nominees and aliases. For example, defendant BELONOGOFF formed Orchid in the name of C.B., a nominee, and then used C.B.'s means of identification to operate Orchid. Defendant BELONOGOFF also used the aliases "Thomas Randall" and "James Thompson" to operate Orchid, and the alias "Vic Morris" to help operate Looking Glass Media.

d.   Defendant BELONOGOFF concealed and willfully failed to disclose his financial interests in the fraudulent digital media companies to Render's executives, including R.B., Render's Chief Operating Officer ("COO"), and Board of Directors, including E.E. .

e.   Through the fraudulent digital media companies, defendant BELONOGOFF competed with Render in the digital media and

advertising marketplace, and through fraudulent means, caused Render to pay the fraudulent digital media companies more than $3 million.

f. Defendant BELONOGOFF, using his leadership position at Render, and in contravention of his fiduciary duty to Render, caused Render to pay the fraudulent digital media companies for products and services that the fraudulent digital media companies never provided. For example, defendant BELONOGOFF caused Render to pay Orchid for video content that Orchid never provided to Render.

g. Defendant BELONOGOFF caused Render to pay the fraudulent digital media companies for products and services for which Render was never invoiced.

h. Defendant BELONOGOFF caused the fraudulent digital media companies to sell products and services to Render at inflated prices, and caused Render to purchase those products and services at inflated prices from the fraudulent digital media companies. For example, defendant BELONOGOFF caused the fraudulent digital media companies, including Orchid and Serene Media, to purchase internet traffic from third parties at lower rates, then caused Orchid and Serene Media to resell that internet traffic to Render at substantially higher prices. Defendant BELONOGOFF further caused Render to purchase that internet traffic from Orchid and Serene Media at the inflated prices, resulting in a net income loss to Render, all when defendant BELONOGOFF knew that he could have purchased the internet traffic for Render directly from the third parties at the lower prices.

i. Defendant BELONOGOFF and coconspirator Kluger directed internet traffic distributors to code traffic that the distributors sold to the fraudulent digital media companies with Orchid and Serene

Media Urchin Tracking Modules ("UTMs") and pixels, making it falsely appear to Render as though Orchid and Serene Media had generated the internet traffic, and then caused Render to purchase that internet traffic at inflated prices

j.   Defendant BELONOGOFF and others working in concert with defendant BELONOGOFF fraudulently directed Render's clients to pay revenue to the fraudulent digital media companies knowing Render was entitled to that revenue.

k.   Defendant BELONOGOFF caused the fraudulent digital media companies to misappropriate Render's brand and content. For example, defendant BELONOGOFF caused AllThatsNews.com, a B3 Media website, to publish an article from OpposingViews.com, a Render website, and then caused 90 percent of the revenue Render earned from the traffic to be routed to B3 Media.

l.   Defendant BELONOGOFF transferred the money that the fraudulent digital media companies obtained to his personal financial accounts and used that money for his personal benefit.

m.   Defendant BELONOGOFF also used Render's lines of credit, including Render's credit cards, to financially support the fraudulent digital media companies. For example, defendant BELONOGOFF used Render's credit cards, without authority, to purchase Facebook advertising for AllThatsNews.com and AllThatsFab.com, two websites that B3 Media operated.

n.   Defendant BELONOGOFF caused one of Render's advertisers, Company 3, to lend Render $214,335.86, then falsely classified those funds as revenue to Render, causing Render to obtain a significant line of credit from SVB that Render could not repay.

o.    In order to conceal the fraud from Render, defendant BELONOGOFF destroyed records, including emails from Deep Dive and Render email accounts related to the fraudulent digital media companies, and provided false testimony at a deposition in a lawsuit brought against defendant BELONOGOFF related to the fraudulent digital media companies.

D.    OVERT ACTS

8.    In furtherance of the conspiracy and to accomplish its object, defendant BELONOGOFF, coconspirator Kluger, and others known and unknown to the Grand Jury, committed and willfully caused others to commit, on or about the dates set forth below, the following overt acts, among others, within the Central District of California, and elsewhere:

Overt Act No. 1:    On August 3, 2010, defendant BELONOGOFF sent an email to himself with his login for Google Analytics, listing the username thomas.randall1@gmail.com, an email account later associated with Orchid.

Overt Act No. 2:    On March 18, 2011, defendant BELONOGOFF caused B3 Media LP's Certificate of Limited Partnership to be filed with the California Secretary of State, listing defendant BELONOGOFF's relative as the General Partner.

Overt Act No. 3:    On March 29, 2013, a coconspirator caused Looking Glass Media's Articles of Organization to be filed with the California Secretary of State.

Overt Act No. 4:    On April 8, 2013, a coconspirator caused a Statement of Information naming defendant BELONOGOFF and others as members of Looking Glass Media to be filed with the California Secretary of State.

1    Overt Act No. 5:    On October 2, 2013, defendant BELONOGOFF

2  caused Deep Dive to pay Looking Glass Media approximately $3,081.16.

3    Overt Act No. 6:    On March 3, 2014, defendant BELONOGOFF

4  caused Cmon Media's Articles of Organization to be filed with the

5  California Secretary of State.

6    Overt Act No. 7:    On March 18, 2014, defendant BELONOGOFF

7  caused a Statement of Information naming defendant BELONOGOFF's

8  relative as Cmon Media's member to be filed with the California

9  Secretary of State.

10    Overt Act No. 8:    On July 24, 2014, defendant BELONOGOFF

11  emailed the operating agreement for Cmon Media to Kluger, C.B., and

12  several relatives.

13    Overt Act No. 9:    On August 19, 2014, defendant BELONOGOFF

14  caused Orchid Media's Articles of Organization to be filed with the

15  California Secretary of State.

16    Overt Act No. 10:    On September 2, 2014, defendant BELONOGOFF

17  caused a Statement of Information naming C.B. as Orchid's member to

18  be filed with the California Secretary of State.

19    Overt Act No. 11:    On September 3, 2014, defendant BELONOGOFF

20  received an email from coconspirator Kluger that included a draft

21  invoice from Orchid to Deep Dive, and responded "boyyaaa."

22    Overt Act No. 12:    On September 4, 2014, defendant BELONOGOFF

23  caused Deep Dive to pay Orchid approximately $78,197.

24    Overt Act No. 13:    On October 1, 2014, coconspirator Kluger

25  directed Company 1 to list Orchid on an invoice for certain internet

26  traffic that Company 1 sold to Deep Dive.

27    Overt Act No. 14:    On November 3, 2014, defendant BELONOGOFF

28  and coconspirator Kluger caused Company 1 to invoice Orchid for

internet traffic that defendant BELONOGOFF intended to resell to Render at an inflated price.

Overt Act No. 15:   On November 10, 2014, defendant BELONOGOFF directed coconspirator Kluger to alter an invoice from Deep Dive to Company 5 so that the invoice was payable to Orchid, rather than to Deep Dive, the company entitled to the revenue described on the invoice.

Overt Act No. 16:   On November 25, 2014, defendant BELONOGOFF, using the alias "Vic Morris," emailed members of Looking Glass Media to advise them that they would receive distributions.

Overt Act No. 17:   On December 2, 2014, coconspirator Kluger forwarded to defendant BELONOGOFF internet traffic invoices addressed to Orchid and Deep Dive that coconspirator Kluger had received from Company 1.

Overt Act No. 18:   On December 16, 2014, defendant BELONOGOFF, using the alias "Vic Morris," emailed coconspirator Kluger to suggest that Orchid purchase internet traffic from Company 2 and sell it to Opposing Views, one of Render's websites.

Overt Act No. 19:   On January 7, 2015, defendant BELONOGOFF caused Opposing Views to pay Orchid approximately $137,398.90.

Overt Act No. 20:   On January 27, 2015, defendant BELONOGOFF emailed a financial summary for Cmon Media to members of Looking Glass Media.

Overt Act No. 21:   On February 5, 2015, defendant BELONOGOFF emailed R.B., Render's COO, to say that Render was "supposed to pay Orchid Media on the 1st of every month because they do advertising for us. Can I just do a wire from the OV BOA account," referring to Opposing Views's bank account.

<u>Overt Act No. 22:</u>   On February 9, 2015, defendant BELONOGOFF and coconspirator Kluger directed an internet traffic distributor to code its traffic, which defendant BELONOGOFF and coconspirator Kluger thereafter sold to Render at an inflated price, with Serene Media's UTM.

<u>Overt Act No. 23:</u>   On February 9, 2015, defendant BELONOGOFF caused Opposing Views to pay Orchid approximately $132,631.42.

<u>Overt Act No. 24:</u>   On February 12, 2015, defendant BELONOGOFF caused Serene Media LLC to be registered in the State of Texas.

<u>Overt Act No. 25:</u>   On February 19, 2015, defendant BELONOGOFF caused Opposing Views to pay Looking Glass Media approximately $21,686.81.

<u>Overt Act No. 26:</u>   On March 3, 2015, defendant BELONOGOFF and coconspirator Kluger caused Company 1 to invoice Orchid for internet traffic that defendant BELONOGOFF intended to resell to Render at an inflated price.

<u>Overt Act No. 27:</u>   On March 5, 2015, defendant BELONOGOFF emailed R.B. to inform R.B. that he had paid the Orchid invoice for February 2015 from Render's Opposing Views bank account.

<u>Overt Act No. 28:</u>   On March 5, 2015, defendant BELONOGOFF caused Opposing Views to pay Serene Media approximately $42,768.94.

<u>Overt Act No. 29:</u>   On March 19, 2015, defendant BELONOGOFF directed coconspirator Kluger to send internet traffic from Company 2 to "sx," referring to Serene Media.

<u>Overt Act No. 30:</u>   On March 23, 2015, defendant BELONOGOFF directed coconspirator Kluger via email to use C.B.'s signature to sign a contract between Orchid and Company 1, and provided

coconspirator Kluger with an electronic file containing C.B.'s signature.

Overt Act No. 31:   On March 23, 2015, defendant BELONOGOFF emailed members of Looking Glass Media to say that Newsiosity.com, a Cmon Media website, "just reached 1 million likes of Facebook [sic]," and advising the partners that he intended to decrease marketing expenses so that they could "start using the profits for partner distributions."

Overt Act No. 32:   On April 3, 2015, defendant BELONOGOFF and coconspirator Kluger caused Company 1 to invoice Orchid for internet traffic that defendant BELONOGOFF intended to resell to Render at an inflated price.

Overt Act No. 33:   On April 5, 2015, after coconspirator Kluger emailed defendant BELONOGOFF with proposed spending numbers for Orchid, SX (referring to Serene Media), Company 2, and Facebook boosting, defendant BELONOGOFF responded that he and Kluger should discuss the spending the next day.

Overt Act No. 34:   On April 6, 2015, defendant BELONOGOFF emailed R.B. to approve payment to SocialXtreme (Serene Media) and asked whether Render could process the payment "as soon as possible."

Overt Act No. 35:   On April 10, 2015, defendant BELONOGOFF responded via email to R.B.'s request for a contact at Orchid by writing "sales@theorchidteam.com Let me get you a phone number . . . I just spoke to them."

Overt Act No. 36:   On April 13, 2015, defendant BELONOGOFF asked R.B. via a chat messenger program when "socialxtreme and Orchid will get paid," and told R.B. "They are hounding me."

1    <u>Overt Act No. 37:</u>   On April 14, 2015, defendant BELONOGOFF

2    caused Opposing Views to pay Serene Media approximately $101,237.66.

3        <u>Overt Act No. 38:</u>   On April 15, 2015, using the alias "Vic

4    Morris," defendant BELONOGOFF emailed members of Looking Glass to say

5    that he sent out a $30,000 distribution, to which one of the members

6    responded, "Booyaaaaaaa!!!! Playersssss."

7        <u>Overt Act No. 39:</u>   On May 4, 2015, defendant BELONOGOFF and

8    coconspirator Kluger caused Company 1 to invoice Orchid for internet

9    traffic that defendant BELONOGOFF intended to resell to Render at an

10   inflated price.

11       <u>Overt Act No. 40:</u>   On May 13, 2015, defendant BELONOGOFF caused

12   Opposing Views to pay Serene Media approximately $79,524.22.

13       <u>Overt Act No. 41:</u>   On May 17, 2015, defendant BELONOGOFF

14   emailed two of his relatives, one of whom was the registrant of Cmon

15   Media, to say that the company's website had 7,500 visitors and that

16   they "were on the right track for sure," to which defendant

17   BELONOGOFF's relative responded, among other things, "That's cray.

18   Let's keep this going."

19       <u>Overt Act No. 42:</u>   On May 19, 2015, defendant BELONOGOFF

20   emailed an employee of a digital media company, "We use another

21   company called Orchid. They are friends of mine and send traffic as a

22   favor as they mostly send traffic to all of their own sites . . ."

23       <u>Overt Act No. 43:</u>   On May 19, 2015, defendant BELONOGOFF, using

24   the "Vic Morris" alias, wrote to members of Looking Glass to say that

25   "there is not much going on with LG Media anymore," that Looking

26   Glass was "running Opposing Views," and suggesting that they "wind

27   things down."

28

Overt Act No. 44:   On June 1, 2015, defendant BELONOGOFF approved via email a May 2015 invoice from SocialXtreme to Render.

Overt Act No. 45:   On June 2, 2015, defendant BELONOGOFF and coconspirator Kluger caused Company 1 to invoice Orchid for internet traffic that defendant BELONOGOFF intended to resell to Render at an inflated price.

Overt Act No. 46:   On June 2, 2015, defendant BELONOGOFF caused Deep Dive to pay Looking Glass Media approximately $79,095.20.

Overt Act No. 47:   On June 11, 2015, defendant BELONOGOFF caused Opposing Views to pay Orchid approximately $117,889.67.

Overt Act No. 48:   On July 3, 2015, after E.E. discovered that Newsiosity.com, Cmon Media's website, had published Render's video content without permission, defendant BELONOGOFF falsely told E.E. and other Render executives that Newsiosity, which defendant BELONOGOFF referred to as a Looking Glass Media website, was "syndicating" and that posting the video "was just a test."

Overt Act No. 49:   On July 17, 2015, defendant BELONOGOFF caused Opposing Views to pay Serene Media approximately $84,183.53.

Overt Act No. 50:   On August 19, 2015, defendant BELONOGOFF emailed C.B. ideas for Orchid domain names, including orchidmediaco.com, orchidemedia.net, and orchidmediagroup.com.

Overt Act No. 51:   On October 2, 2015, defendant BELONOGOFF directed coconspirator Kluger to send him September 2015 invoice numbers for Orchid and SocialXtreme.

Overt Act No. 52:   On January 19, 2016, defendant BELONOGOFF caused Opposing Views to pay Orchid approximately $102,984.73.

Overt Act No. 53:   On January 19, 2016, defendant BELONOGOFF caused Opposing Views to pay Serene Media approximately $68,656.48.

<u>Overt Act No. 54:</u>  On January 26, 2016, defendant BELONOGOFF caused Opposing Views to pay Looking Glass Media approximately $43,413.00.

<u>Overt Act No. 55:</u>  On February 12, 2016, defendant BELONOGOFF caused Opposing Views to pay Looking Glass Media approximately $5,202.13.

<u>Overt Act No. 56:</u>  On February 17, 2016, defendant BELONOGOFF emailed coconspirator Kluger to ask if he had the social security number of Serene Media's nominee registrant, telling coconspirator Kluger that he needed "it for taxes."

<u>Overt Act No. 57:</u>  On February 29, 2016, defendant BELONOGOFF emailed the members of Looking Glass Media to tell them that they would get distributions for the previous year, and asking the members to pay him money so that he could pay Looking Glass Media's taxes.

<u>Overt Act No. 58:</u>  On February 29, 2016, when Render's accounting team asked for information on Orchid and SocialXtreme, defendant BELONOGOFF responded via email, "Orchid - They do advertising for us. They have a network of social influencers who send traffic (clicks) to all of our sites. SocialXtreme - Same as Orchid."

<u>Overt Act No. 59:</u>  On March 14, 2016, when Render's accounting team requested a working email address for SocialXtreme, defendant BELONOGOFF responded via email, "I know that their main one for any issues/info is admin@socialxtreme.com."

<u>Overt Act No. 60:</u>  On March 28, 2016, defendant BELONOGOFF caused Opposing Views to pay Looking Glass Media approximately $61,392.00

1        Overt Act No. 61:   On April 6, 2016, defendant BELONOGOFF

2    caused Opposing Views to pay Serene Media approximately $21,955.53.

3        Overt Act No. 62:   On May 3, 2016, an associate of defendant

4    BELONOGOFF asked defendant BELONOGOFF via email for $25,000, writing,

5    among other things, "I know socialX is getting money from OV, pay me

6    out of that :) Haha."

7        Overt Act No. 63:   On May 24, 2016, defendant BELONOGOFF

8    emailed to R.B. and Render's accounting team the April 2016 invoice

9    from Orchid to Render.

10       Overt Act No. 64:   On June 8, 2016, defendant BELONOGOFF caused

11   Opposing Views to pay Cmon Media approximately $29,358.00.

12       Overt Act No. 65:   On June 16, 2016, defendant BELONOGOFF

13   caused Render to pay Looking Glass Media approximately $10,827.00.

14       Overt Act No. 66:   On July 8, 2016, defendant BELONOGOFF caused

15   Render to pay Cmon Media approximately $20,781.00.

16       Overt Act No. 67:   On July 12, 2016, defendant BELONOGOFF

17   emailed Render's Senior Advertisement Operation Manager, and,

18   referring to Cmon Media in the third person, wrote, "Cmon Media

19   really never needs anything as they are pretty much self sufficient."

20       Overt Act No. 68:   On August 8, 2016, defendant BELONOGOFF

21   emailed R.B., "The folks over at Cmon Media want to redesign their

22   websites."

23       Overt Act No. 69:   On September 15, 2016, defendant BELONOGOFF

24   signed Render's employee handbook, effective January 1, 2015,

25   agreeing, among other things, not to take part or exert influence

26   over transactions in which defendant BELONOGOFF's own interests could

27   conflict with the best interests of Render.

28

1      <u>Overt Act No. 70:</u>   On March 23, 2017, defendant BELONOGOFF
2   caused Render to pay Orchid approximately $6,750.00.

3      <u>Overt Act No. 71:</u>   On December 1, 2016, defendant BELONOGOFF
4   caused Render to pay Orchid approximately $13,500.00.

5      <u>Overt Act No. 72:</u>   On December 5, 2016, defendant BELONOGOFF
6   caused Render to pay Cmon Media approximately $93,815.99.

7      <u>Overt Act No. 73:</u>   On December 12, 2016, defendant BELONOGOFF
8   emailed a member of Render's accounting team to say that "Orchid
9   Media should be $15,075 for November."

10      <u>Overt Act No. 74:</u>   On January 20, 2017, defendant BELONOGOFF
11   caused B3 Media LLC's Articles of Organization to be filed with the
12   California Secretary of State, converting B3 Media LP into B3 Media
13   LLC.

14      <u>Overt Act No. 75:</u>   On May 3, 2017, defendant BELONOGOFF signed
15   a de facto loan agreement with Company 3 providing that Company 3
16   would prepay Render $214,336.86 to advertise through Render and that
17   Render would repay this amount with the revenue that Render earned
18   thereafter.

19      <u>Overt Act No. 76:</u>   On May 15, 2017, defendant BELONOGOFF
20   emailed R.B. to represent that Render owed Orchid $6,975 for April
21   2017.

22      <u>Overt Act No. 77:</u>   On May 23, 2017, defendant BELONOGOFF
23   emailed a member of Render's accounting department and falsely
24   classified a portion of the $214,336.86 loan from Company 3 as
25   revenue.

26      <u>Overt Act No. 78:</u>   On June 5, 2017, defendant BELONOGOFF caused
27   Render to pay Cmon Media approximately $24,255.81.

28

Overt Act No. 79:   On June 7, 2017, when R.B. asked defendant BELONOGOFF whether Render had to buy "videos from Orchid Media in June" 2017, defendant BELONOGOFF responded via email "Yes. And we are still behind in video content for CP," referring to Cooking Panda, a Render website.

Overt Act No. 80:   On June 9, 2017, defendant BELONOGOFF emailed a member of Render's accounting team with revenue classification numbers.

Overt Act No. 81:   On June 25, 2017, when coconspirator Kluger advised defendant BELONOGOFF via email that American Express was rejecting the use of Render's credit card to buy Facebook advertising, defendant BELONOGOFF responded that he had the balance of the credit card paid down, adding "Living to the limit."

Overt Act No. 82:   On August 9, 2017, defendant BELONOGOFF caused Render to pay B3 Media approximately $1,558.69.

Overt Act No. 83:   On August 28, 2017, defendant BELONOGOFF caused Render to pay Cmon Media approximately $3,738.67.

Overt Act No. 84:   On September 1, 2017, defendant BELONOGOFF caused Render to pay Orchid approximately $8,100.00.

Overt Act No. 85:   On September 1, 2017, defendant BELONOGOFF caused Render to pay B3 Media approximately $7,956.36.

Overt Act No. 86:   On September 1, 2017, defendant BELONOGOFF caused Render to pay Action Publishing approximately $21,559.27.

Overt Act No. 87:   On September 19, 2017, defendant BELONOGOFF emailed a member of Render's accounting team with revenue classification numbers.

1    <u>Overt Act No. 88:</u>   On September 25, 2017, defendant BELONOGOFF

2  emailed a member of Render's accounting team to ask them to "figure

3  out some sort of payment plan" for Render's credit card.

4    <u>Overt Act No. 89:</u>   On October 6, 2017, defendant BELONOGOFF

5  caused Render to pay B3 Media approximately $5,048.47.

6    <u>Overt Act No. 90:</u>   On October 9, 2017, defendant BELONOGOFF

7  directed Company 4 to add a B3 Media "pixel," or an advertising code,

8  to Opposing Views's "lander," or Opposing Views's homepage, making it

9  appear as though B3 Media, rather than Company 4, generated internet

10  traffic for Opposing Views.

11    <u>Overt Act No. 91:</u>   On October 23, 2017, defendant BELONOGOFF

12  caused a Statement of Information, naming "James Thompson" as

13  Orchid's sole member and listing Orchid's address as a private

14  mailbox that defendant BELONOGOFF rented, to be filed with the

15  California Secretary of State.

16    <u>Overt Act No. 92:</u>   On October 25, 2017, defendant BELONOGOFF

17  caused Orchid's website, BusinessInward.com, to be registered.

18    <u>Overt Act No. 93:</u>   On October 30, 2017, defendant BELONOGOFF

19  caused Render to pay Orchid approximately $7,425.00.

20    <u>Overt Act No. 94:</u>   On November 27, 2017, defendant BELONOGOFF

21  caused Render to pay Orchid approximately $4,050.00.

22    <u>Overt Act No. 95:</u>   On November 27, 2017, defendant BELONOGOFF

23  caused Render to pay Cmon Media approximately $10,356.68.

24    <u>Overt Act No. 96:</u>   On November 27, 2017, defendant BELONOGOFF

25  caused Render to pay B3 Media approximately $6,041.13.

26    <u>Overt Act No. 97:</u>   On December 14, 2017, defendant BELONOGOFF

27  falsely advised E.E. via email that Company 3 did not owe Render

28  certain money because Render breached a contract with Company 3,

concealing the fact that he had falsely caused de facto loan proceeds from Company 3 to be classified as revenue on Render's books.

Overt Act No. 98:   On December 21, 2017, defendant BELONOGOFF emailed coconspirator Kluger and others, referring to a Cmon Media website, "Starting to send a little traffic now to one page on allthatsnews. Facebook boosting usually takes 24 hours to figure out cost so we will know what our true CPC is by tomorrow."

Overt Act No. 99:   On December 26, 2017, defendant BELONOGOFF published content to AllThatsNews.com under the username "vic."

Overt Act No. 100:   On January 9, 2018, defendant BELONOGOFF texted R.B., "Do you know when orchid, Cmon and B3 are getting paid? I'm getting hounded."

Overt Act No. 101:   On January 16, 2018, When E.E. confronted defendant BELONOGOFF about his interests in B3 Media, defendant BELONOGOFF falsely told E.E. that he did not use Render's money to support B3 Media.

Overt Act No. 102:   On January 17, 2018, defendant BELONOGOFF falsely told E.E. that he had no financial interest in BusinessInward, an Orchid website.

Overt Act No. 103:   In January 2018, having received from Render's counsel a notice to preserve evidence related to the fraudulent digital media companies, defendant BELONOGOFF deleted emails from his Deep Dive and Render email accounts related to the fraudulent digital media companies.

Overt Act No. 104:   On January 25, 2018, within days of his termination from Render, defendant BELONOGOFF, using the alias "James Thompson," caused Orchid to be dissolved through the California Secretary of State.

Overt Act No. 105:  On December 18, 2018, in an effort to conceal the fraud he committed on Render, defendant BELONOGOFF made statements under oath during a deposition that were false, including that he never received money directly from Orchid, never received money from Looking Glass Media, and could not recall using the aliases "Thomas Randall" or "James Thompson."

COUNTS TWO THROUGH TEN

[18 U.S.C. § 1343; 18 U.S.C. § 2(a)]

9.    The Grand Jury re-alleges paragraphs 1 through 4, 6 and 7 of this Indictment here.

A.    THE SCHEME TO DEFRAUD

10.    Beginning no later than August 2010, and continuing until in or around December 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant BELONOGOFF, together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud Render and its investors as to material matters and to obtain money and property from such victims by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

11.    The fraudulent scheme operated and was carried out, in substance, as described in paragraph 6 of this Indictment.

B.    USE OF THE WIRES

12.    On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, for the purpose of executing the scheme to defraud described above, defendant BELONOGOFF transmitted, caused the transmission of, and aided and abetted the transmission of, the following items by means of wire and radio communication in interstate and foreign commerce:

| COUNT | DATE | INTERSTATE WIRE TRANSMISSION |
|-------|------|------------------------------|
| TWO | 1/19/2016 | A money transfer of approximately $102,984.73 from a BOA account in the name of Opposing Views to a BOA account in the name of Orchid. |

20

| COUNT | DATE | INTERSTATE WIRE TRANSMISSION |
|-------|------|------------------------------|
| THREE | 4/6/2016 | A money transfer of approximately $21,955.53 from a BOA account in the name of Opposing Views to a BOA account in the name of Serene Media. |
| FOUR | 5/20/2016 | A money transfer of approximately $50,759 from a BOA account in the name of Opposing Views to a BOA account in the name of Looking Glass Media. |
| FIVE | 10/4/2016 | A money transfer of approximately $9,461.87 from an SVB account in the name of Render to a BOA account in the name of Cmon Media. |
| SIX | 5/15/2017 | An email from defendant BELONOGOFF to R.B. communicating to R.B. that Render was to pay Orchid for services that Orchid purportedly provided in April 2017. |
| SEVEN | 6/7/2017 | An email from defendant BELONOGOFF to R.B. advising R.B. that Render should continue to pay Orchid for video content. |
| EIGHT | 11/27/2017 | A money transfer of approximately $4,050 from an SVB account in the name of Render to a BOA account in the name of Orchid. |
| NINE | 11/27/2017 | A money transfer of approximately $10,356.68 from an SVB account in the name of Render to a BOA account in the name of Cmon Media. |
| TEN | 11/27/2017 | A money transfer of approximately $6,041.13 from an SVB account in the name of Render to a BOA account in the name of B3 Media. |

1

FORFEITURE ALLEGATION

2

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

3    1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 18,

6   United States Code, Section 981(a)(1)(C) and Title 28, United States

7   Code, Section 2461(c), in the event of the conviction of defendant

8   VICTOR BELONOGOFF, also known as "Vic Morris," "Thomas Randall," and

9   "James Thompson," of any of the offenses set forth in Counts One

10   through Ten of this Indictment.

11    2.    The defendant, if so convicted, shall forfeit to the United

12   States of America the following:

13        (a)   all right, title, and interest in any and all

14   property, real or personal, constituting, or derived from, any

15   proceeds traceable to the offenses; and

16        (b)   To the extent such property is not available for

17   forfeiture, a sum of money equal to the total value of the property

18   described in subparagraph (a).

19    3.    Pursuant to Title 21, United States Code, Section 853(p),

20   as incorporated by Title 28, United States Code, Section 2461(c), the

21   defendant, if so convicted, shall forfeit substitute property, up to

22   the value of the property described in the preceding paragraph if, as

23   the result of any act or omission of the defendant, the property

24   described in the preceding paragraph or any portion thereof (a)

25   cannot be located upon the exercise of due diligence; (b) has been

26   transferred, sold to, or deposited with a third party; (c) has been

27   placed beyond the jurisdiction of the court; (d) has been

28

22

substantially diminished in value; or (e) has been commingled with
other property that cannot be divided without difficulty.

                                    A TRUE BILL


                                    _____/S/_____
                                    Foreperson


TRACY L. WILKISON
United States Attorney


SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

KRISTEN A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Major Frauds Section

GREGORY BERNSTEIN
Assistant United States Attorney
Major Frauds Section